No. 05–5617. MURRAY, AKA HINES v. YATES, WARDEN, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma*

*pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.